failure to prosecute in accordance with the rules.

**Marcelino G. ESPIRITU, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2010–3163.

United States Court of Appeals, Federal Circuit.

Sept. 2, 2010.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Rebecca M. CROSS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2010–3158.

United States Court of Appeals, Federal Circuit.

Sept. 2, 2010.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Cas Sandra TANNER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2010–3157.

United States Court of Appeals, Federal Circuit.

Sept. 2, 2010.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Shirley K. BAKER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2010–3136.

United States Court of Appeals, Federal Circuit.

Sept. 2, 2010.

Michael D. Austin, Department of Justice, Washington, DC, for Petitioner.

Shirley K. Baker, Petersburg, WV, for Respondent.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Uri COHEN**

No. 2010–1440.

United States Court of Appeals, Federal Circuit.

Sept. 3, 2010.

Raymond T. Chen, Patent & Trademark Office, Alexandria, VA, for Appellee.

Michael B. Einschlag, Los Altos Hills, CA, for Uri Cohen.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).